UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AVIVA CHARON KRISTEN KELLEY, | ) | 1:06-cv-01068-AWI-SMS |
| Plaintiff, | ) | |
| v. | ) | **CASE MANAGEMENT ORDER** |
| | ) | **re: service of process** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Plaintiff is proceeding pro se with an action in which she seeks judicial review of a final decision of the Commissioner of Social Security denying her application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(15) and 72-304.

On August 14, 2006, plaintiff filed her complaint (Doc 1). On August 15, 2006, the Court issued, and mailed plaintiff, a Scheduling Order (Doc. 2), which sets forth the order in which this case is to proceed, beginning with service of process on the defendant (pages 1-2, No. 1). To date, plaintiff has not served her case on the defendant.

1

1  The state of this case indicates that plaintiff has failed
2 to follow the Court's instructions; thus, the defendant has not
3 been served. The case cannot proceed until the defendant is
4 served. Thus, the case cannot progress until plaintiff complies
5 with the instructions of the Court and serves the defendant.

6  A failure to comply with an order of the Court may result in
7 sanctions, including dismissal, pursuant to the inherent power of
8 the Court or the Federal Rules of Civil Procedure. Fed. R. Civ.
9 P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501
10 U.S. 31, 42-43 (1991).

11  Therefore, plaintiff shall **(1) _immediately_** serve the summons
12 and complaint on the defendant in the manner required by Rule
13 4(i) of the Federal Rules of Civil Procedure by sending a copy of
14 the summons and complaint, by registered or certified mail, to
15 each of the following:

16 **(a)** Civil Process Clerk
       United States Attorney's Office
17     Eastern District of California
       2500 Tulare Street, Suite 4401
18     Fresno, CA 93721

19 **(b)** General Counsel
       Office of the Regional Chief Counsel, Region IX
20     Social Security Administration
       333 Market Street, Suite 1500
21     San Francisco, CA 94105-2102

22 **(c)** Office of the Attorney General
       Department of Justice
23     Washington, DC 20530

24  Plaintiff shall then **(2) _immediately_** file a proof of service
25 with the court showing compliance herewith, by **October 2, 2006,**
26 which was originally due filed within twenty (20) days after the
27 filing of the complaint, or by September 3, 2006.
28 //

2

1  Plaintiff is forewarned that failure to comply with this
2  Order may result in a recommendation to District Judge Anthony W.
3  Ishii that this case be dismissed for plaintiff's failure to
4  prosecute.

7  IT IS SO ORDERED.

8  **Dated:   September 14, 2006**            /s/ Sandra M. Snyder
   icido3                                UNITED STATES MAGISTRATE JUDGE