UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AVIVA CHARON KRISTEN KELLEY, | ) | 1:06-cv-01068-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **INFORMATIONAL ORDER** |
| | ) | **(REQUIRING ACTION BY** |
| JO ANNE B. BARNHART, | ) | **PLAINTIFF BY 3/19/07)** |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is proceeding pro se with an action in which she seeks judicial review of a final decision of the Commissioner of Social Security denying her application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(15) and 72-304.

On August 14, 2006, plaintiff filed her complaint (Doc. 1). On August 15, 2006, the Court issued and served a Scheduling Order (Doc. 2), therein directing plaintiff to file an Opening Brief within ninety-five (95) days after defendant filed the administrative record, OR within sixty-five (65) days after plaintiff served on defendant a confidential letter brief.

1

1  Defendant filed the administrative record on November 20, 2006
2  (Doc. 8).  Thus, pursuant to the Scheduling Order, plaintiff's
3  Opening Brief was due filed and served by February 25, 2007.
4  To date, plaintiff has neither filed an Opening Brief nor sought
5  an extension of time within which to do so.
6       Although only three days passed since the Opening Brief due
7  date, on the morning of February 28, 2007, the Court, as a
8  courtesy before issuing an Order to Show Cause, left plaintiff a
9  telephonic voicemail message inquiring as to the status of her
10 Opening Brief.  That same evening, at 5:41 p.m., plaintiff's
11 husband, Kevin, left a return telephonic voicemail message for
12 the court basically advising that his wife does not wish to
13 pursue her social security issues and wishes to instead cancel.
14 On March 1, 2007 at 9:10 a.m., the Court, in response to
15 plaintiff's husband's message, once again left a telephonic
16 voicemail message advising that plaintiff's case is still open
17 and alive and well, and that plaintiff must file something in
18 writing with the court requesting voluntary dismissal of the
19 action OR the court may otherwise have no choice but to issue an
20 Order to Show Cause requiring plaintiff's personal appearance in
21 court to so explain.  On March 4, 2007 at 12:50 p.m., plaintiff's
22 husband left the court a telephonic voicemail message basically
23 requesting that the court send plaintiff via U.S. mail the form
24 with which to accomplish the voluntary dismissal OR otherwise
25 advise where plaintiff could pick one up.
26 ///
27 //
28 /

1  Therefore, if, in fact, plaintiff no longer wishes to
2 proceed with this action, plaintiff is ORDERED to (1) file a
3 written request for voluntarily dismissal of the action by March
4 19, 2007, (2) signed by plaintiff, not her husband, (3) and
5 bearing the name of the case: AVIVA CHARON KRISTEN KELLEY vs. JO
6 ANNE B. BARNHART, Commissioner of Social Security, (4) as well as
7 the case number: 1:06-cv-01068-SMS.  However, if plaintiff does
8 wish to proceed with this action, plaintiff is instead ORDERED to
9 file her Opening Brief, in compliance with the Scheduling Order,
10 by March 19, 2007.

IT IS SO ORDERED.

**Dated:   March 7, 2007**                    **/s/ Sandra M. Snyder**
icido3                                         UNITED STATES MAGISTRATE JUDGE