1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9   AVIVA CHARON KRISTEN KELLEY,  )    1:06-cv-01068-SMS
                                  )
10              Plaintiff,        )    **ORDER GRANTING PLAINTIFF'S**
                                  )    **REQUEST (DEEMED MOTION) FOR**
11      v.                        )    **VOLUNTARY DISMISSAL** (Doc. 14)
                                  )
12  JO ANNE B. BARNHART,          )    **ORDER DISMISSING ACTION**
    Commissioner of Social        )
13  Security,                     )    **ORDER DIRECTING CLERK TO**
                                  )    **CLOSE ACTION**
14              Defendant.        )
    _____)

15

16      On March 8, 2007, the Court issued an Informational Order

17  Requiring Action by Plaintiff (Doc. 13), either the filing of a

18  written request for voluntary dismissal of the action OR her

19  Opening Brief, by March 19, 2007.  On March 22, 2007, plaintiff

20  filed a written request for voluntary dismissal (Doc. 14).

21      Therefore, it is hereby ORDERED that:

22      1.   Plaintiff's request/motion for voluntary dismissal is

23  hereby GRANTED;

24      2.   This action is therefore DISMISSED; and,

25      3.   The Clerk of Court CLOSE this action.

26  IT IS SO ORDERED.

27  **Dated:   March 27, 2007**          **/s/ Sandra M. Snyder**
    icido3                        UNITED STATES MAGISTRATE JUDGE
28